**Abdul HAFIZ; Rawnaq A. Hafiz; Family Motels, Inc.; Abdul Hafiz, M.D., Inc. Plaintiffs—Appellants**

v.

**UNITED STATES of America Defendant—Appellee**

No. 01–3366.

United States Court of Appeals, Sixth Circuit.

Sept. 17, 2002.

Before NORRIS and CLAY, Circuit Judges; and O'MEARA, District Judge.*

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

---

* The Honorable John C. O'Meara, United States District Judge for the Eastern District of Michigan, sitting by designation.

It is ORDERED that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated on the record.